JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JAN 13 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINSTON FORNEY,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>ATTORNEY GENERAL,<br><br>　　　　Respondent. | Case No. CV 09-2843-ABC (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the operative First Amended Petition is denied and this action is dismissed with prejudice.

DATED: _Jan 8, 2010_

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE